## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| STICHTING PGGM DEPOSITARY and STICHTING PENSIOENFONDS ZORG EN WELZIJN,<br><br>              Plaintiffs,<br><br>      v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD.; EREZ VIGODMAN; EYAL DESHEH; ALLAN OBERMAN; and SIGURDUR OLAFSSON<br><br>              Defendants. | Civ. A. No. 3:19-cv-01173 (SRU)<br><br><br><br><br><br>December 13, 2019 |

## DEFENDANTS' MOTION TO CONSOLIDATE WITH RELATED ACTIONS

Pursuant to the Court's November 18, 2019 Civil Case Management Order in the action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (SRU) (the "*Ontario* Action") and Fed. R. Civ. P. 42(a), Defendants hereby move to consolidate for pre-trial purposes this action with the *Ontario* Action. For the reasons set forth in the Joint Motion to Consolidate Related Actions filed today in the *Ontario* Action (*Ontario*, ECF No. 311) and further papers filed therein, which are attached as Exhibit 1 and incorporated herein by reference, Defendants submit that consolidating for pretrial purposes the fifteen Teva-related U.S. individual actions pending in this District in the manner set forth in the Proposed Order attached as Exhibit B to Exhibit 1 will enable this Court and the parties to efficiently manage the related actions, avoid duplicative and expensive discovery efforts and disputes, and preserve judicial and party resources. Accordingly, Defendants respectfully request the entry of an Order in the form of the Proposed Order at Exhibit B.

ORAL ARGUMENT NOT REQUESTED

Respectfully submitted,

By:  */s/ Jill M. O'Toole*
    Jill M. O'Toole (ct27116)
    **SHIPMAN & GOODWIN LLP**
    One Constitution Plaza
    Hartford, Connecticut 06103-1919
    Tel: (860) 251-5000
    Fax: (860) 251-5218
    jotoole@goodwin.com

    Jordan D. Hershman (*pro hac vice*)
    Jason D. Frank (*pro hac vice* forthcoming)
    Emily E. Renshaw (*pro hac vice* forthcoming)
    **MORGAN, LEWIS & BOCKIUS LLP**
    One Federal Street
    Boston, MA  02110-1726
    Tel: (617) 951-8000
    Fax: (617) 951-8736
    jordan.hershman@morganlewis.com
    jason.frank@morganlewis.com
    emily.renshaw@morganlewis.com

    *Counsel for Defendants*